**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| RANDALL KRIEWALL, | ) | |
| | ) | |
|   Plaintiff, | ) | Case No. 4:25-cv-00871-CMS |
| v. | ) | |
| | ) | |
| KIRKWOOD SCHOOL DISTRICT, et al., | ) | |
| | ) | |
|   Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT AND REQUEST FOR HEARING ON DAMAGES

COMES NOW, Plaintiff Randall Kriewall, by and through his attorneys, and respectfully moves the Court to enter default against Defendant pursuant to Fed. R. Civ. P. 55(b). In support, Plaintiff Randall Kriewall states as follows:

1.      On November 28, 2025, Plaintiff filed its First Amended Complaint and Second Motion for Leave to Amend and File First Amended Complaint.

2.      On December 16, 2025, the Court granted the Motion for Leave to Amend.

3.      Under Fed. R. Civ. P. 15(a)(3), Defendants' response to the First Amended Complaint was due on December 30, 2025.

4.      Defendants have failed to plead or otherwise defend against the First Amended Complaint within the time allowed by Fed R. Civ. P. 15(a)(3).

5.      No answer, or other responsive pleading has been filed by Defendants as to the First Amended Complaint.

6.      Pursuant to Fed. R. Civ. P. 55(b), because Defendants have failed to plead or otherwise defend, Plaintiff requests the entry of a default judgment after notice and hearing on damages.

7.      None of the individuals Defendants are minors or incompetent persons.

Page 1

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter default against Defendant pursuant to Fed. R. Civ. P. 55(b), for a hearing on damages, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**LAW OFFICES OF JOAN M. SWARTZ**

*/s/  Joan M. Swartz*
Joan M. Swartz, #37242
Law Offices of Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, Missouri 63143
314-471-2032
jms@jmsllc.com

**SHAUGHNESSY LAW FIRM, LLC**

*/s/  Ryan S. Shaughnessy*
Ryan S. Shaughnessy, #39922
Shaughnessy Law Firm, LLC
100 N. Kingshighway Blvd., Suite 2310
St. Louis, Missouri 63108
314-971-4381
rss@slfadvisors.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing Motion for Entry of Default Judgment and Request for Hearing on Damage with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and to any party not represented by counsel who is registered to receive electronic service.

*/s/  Joan M. Swartz*